

Justin A. MacLean
Tel 212.801.3137
Fax 212.801.6400
macleanj@gtlaw.com

January 9, 2017

**VIA ECF AND EMAIL**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Email: ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Zunno v. Roomster Corp.*, No. 16-cv-07356 (ALC)
      Defendant's Request to Appear Telephonically at Initial Conference

Dear Judge Carter:

Pursuant to Sections 1.A and 5.A. of Your Honor's Individual Practices, Defendant Roomster Corp., by and through its counsel, hereby requests that its principal trial counsel, Ian C. Ballon, be permitted to appear telephonically at this Court's Initial Pretrial/Pre-Motion Conference, scheduled for January 23, 2017, at 11:30 am (the "Initial Conference").

Mr. Ballon is based in Los Angeles, California, and would be required to travel cross-country to appear at the Initial Conference in person, for what Defendant understands is typically a short conference to discuss case management issues. Mr. Ballon would also be prepared to discuss the substance of Defendant's proposed motion to dismiss Plaintiff's Complaint. Further, if the Court so directs, the undersigned co-counsel for Defendant will appear at the Initial Conference in person. Defendant respectfully submits that all the relevant issues can be ably addressed if Mr. Ballon is permitted to appear telephonically, without prejudice to or burden on any of the parties or the Court. If Defendant's request is granted, Defendant's counsel will abide fully by the Court's technical or other requirements for doing so.

We thank the Court for its attention and courtesies.

                              Respectfully Submitted,

                              */s/Justin A. MacLean*

cc:   Counsel of record

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+ OPERATES AS
  GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
¤ OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
MetLife Building, 200 Park Avenue  ■  New York, New York 10166  ■  Tel 212.801.9200  ■  Fax 212.801.6400